IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
_______________ DIVISION

Donnial Davis

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Memphis Police Dept

(Enter above the full name of the defendant or defendants in this action)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I. **Previous Lawsuits:**

A. **Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ☐ No ☑**

B. **If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)**

**1. Parties to the previous lawsuit:**

**Plaintiffs:** ______________________

**Defendants:** ______________________

**2. Court (if federal court, name the district; if state court, name the county):** ______________________

**3. Docket number:** ______________________

**4. Name of judge to whom case was assigned:** ______________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______

6. Approximate date of filing lawsuit: ______

7. Approximate date of disposition: ______

II. Place of Present Confinement: ______

A. Is there a prisoner grievance procedure in the institution?
Yes ☑ No ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedures?
Yes ☐ No ☑

C. If your answer is Yes:

1. What steps did you take? ______

2. What was the result? ______

D. If your answer is No, explain why not: Because the grievance system does not apply to anything outside of the institution

III. Parties:

(In Item A below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of plaintiff Donnial DAVIS

Address 201 poplar AVE Memphis, TN 38103

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant Memphis Police Dept is employed as ______

at City of Memphis

C. Additional defendants: ______

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

On 11-29-06 at arround 4Am, I was present in a Family Dollar Store when the police arrived and placed me in Custody. once I was in handcuffs, the police began to viciously assualt me even though I gave them no resistance. Im a 50 year old, 165lb male against several fit and much younger officers who used a chemical agent on me while I was handcuffed. officers kicked and stomped me all about my head and facial area. They threw me from a 2nd level Storage tere where I sustained severe back and head injuries which led to a 6 day Stay in the hospital and 50+ thousand dollars in medical Bills. Hospital medical and jail medical records will show the extent of my injuries

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Compensatory and punitive monetary damages. I would also like to have all medical bills paid, both current and all future medical bills that may result from these injuries.

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 7th day of Janurary, 2007.

Donnial Davis

Signature of Plaintiff/Plaintiffs

Donniel Davis [illegible] 202
201 [illegible]
Memphis, Tn [illegible]

INDIGENT

SHELBY COUNTY [illegible]

U.S. District Court
Clerk of [illegible] Court RM. 2
[illegible]
167 North Main Street
Memphis, Tn 38103